## LOIS COPES STEIGERT *v.* FREDERICK E. STEIGERT
## (13612)

Foti, Lavery and Landau, Js.

Argued October 31—decision released December 12, 1995

*Kathleen M. Harkins*, for the appellant (defendant).

*James R. Greenfield*, with whom, on the brief, was *Janet M. Degnan*, for the appellee (plaintiff).

PER CURIAM. The defendant appeals from a judgment denying a motion to open. Counsel for the defendant on appeal was trial counsel and this appeal can best be categorized as a valiant but futile effort to retry the case in this court. No novel principles of law or appellate procedures are involved and to discuss seriatim the defendant's numerous claims would serve no good purpose. See *Byrne* v. *Trice*, 170 Conn. 442, 442–43, 365 A.2d 1063 (1976).

The judgment is affirmed.